IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KENNETH L. WALLER,                                               PETITIONER
ADC #103829

v.                  CASE NO. 4:19-CV-00312 BSM

DEXTER PAYNE                                                     RESPONDENT

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. Nos. 11] is adopted. Waller's petition is denied, and this case is dismissed. It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 3rd day of January 2020.

_____
UNITED STATES DISTRICT JUDGE