IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH L. WALLER,** **PETITIONER**
ADC #103829

v. CASE NO. 4:19-CV-00312 BSM

**DEXTER PAYNE** **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of January 2020.

_____
UNITED STATES DISTRICT JUDGE